# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EKATERINI ALEXOPOULOS** and **KOSTANTINOS ALEXOPOULOS,**
Appellants,

v.

**GORDON HARGROVE AND JAMES P.A.,**
and **MARK BLUMSTEIN,**
Appellees.

No. 4D20-1345

[January 7, 2021]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. CACE 10-010692 (03).

Arthur J. Morburger, Miami, for appellant Kostantinos Alexopoulos.

Craig J. Trigoboff of Gunster, Yoakley & Stewart, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***